O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR J. GETTLER, | ) | Case No. CV 11-08422 DDP (AGRx) |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | ) | |
| HSBC BANK USA, NA; LITTON LOAN SERVICING LP; FIELDSTONE MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) | [Docket No. 4] |
| Defendants. | ) | |

   Presently before the court is Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion"). Because Plaintiff has not filed an opposition, the court GRANTS the Motion.

   Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

///

1      The hearing on Defendants' motion was set for November 21,
2 2011.  Plaintiff's opposition was therefore due by October 31,
3 2011.  As of the date of this Order, Plaintiff has not filed an
4 opposition, or any other filing that could be construed as a
5 request for a continuance.  Accordingly, the court deems
6 Plaintiff's failure to oppose as consent to granting the Motion to
7 Dismiss, and GRANTS the Motion.  Plaintiff's Complaint is
8 dismissed.

10 IT IS SO ORDERED.

13 Dated: December 1, 2011

                                    DEAN D. PREGERSON
                                    United States District Judge